IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action: 1:13-cv-147

| | |
|---|---|
| WHITNEY C. STEPHENSON, | )<br>)<br>) |
| Plaintiff, | ) **PLAINTIFF'S RESPONSE TO** |
| | ) **DEFENDANT'S MOTION FOR** |
| v. | ) **SUMMARY JUDGMENT** |
| | ) |
| PFIZER INC., | ) |
| | ) |
| Defendant. | ) |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff hereby responds to defendant's motion for summary judgment. Based on the pleadings, depositions, answers to interrogatories, and exhibits on file, and the reasons stated in plaintiff's accompanying brief, plaintiff contends that there are genuine issues of material fact concerning each element of plaintiff's claim, and that defendant is not entitled to judgment as a matter of law.

WHEREFORE, plaintiff respectfully requests that this Court deny defendant's motion for summary judgment.

This the 12th day of May, 2014.

                                            /s/ Robert M. Elliot
Robert M. Elliot (7709)
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC  27101
Telephone:  336-724-2828
Facsimile:   336-724-3335
E-Mail:      rmelliot@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendants:

Stephanie E. Lewis
Jackson Lewis LLP
One Liberty Square
55 Beattie Place, Suite 800
Greenville, SC 29601
lewiss@jacksonlewis.com

Paul S. Holscher
Jackson Lewis LLP
1400 Crescent Green, Suite 215
Cary, NC 27518
paul.holscher@jacksonlewis.com

/s/ Robert M. Elliot
Robert M. Elliot (7709)
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: 336-724-2828
Facsimile: 336-724-3335
E-Mail: rmelliot@emplawfirm.com

3