IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action: 1:13-cv-147

| | |
|---|---|
| WHITNEY C. STEPHENSON,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC.,<br><br>Defendant. | PLAINTIFF'S MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to LR 5.4(c), plaintiff, through counsel, respectfully moves this Court to seal the attached exhibits filed in response to defendant's motion for summary judgment; and in support of this motion, plaintiff states the following:

1. Plaintiff has filed Plaintiff's Response to Defendant's Motion for Summary Judgment contemporaneously with this motion, as well as Plaintiff's Notice of Exhibits Filed in Response to Defendant's Motion for Summary Judgment.

2. As indicated in her Notice, a number of plaintiff's exhibits are documents initially designated as "Confidential" by defendant in discovery or contain information from the documents.

3. Specifically, Exhibits PX 30, 38, 39, 42 and 43 are documents produced by defendant during discovery and designated by defendant as "Confidential" because, according to defendant, they include confidential proprietary information. Exhibit PX 1 contains certain information from PX 43.

4. The above documents are relevant to plaintiff's response to defendant's motion for summary judgment, as pointed out in Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment.

5. Plaintiff has consulted with defendant's counsel and requested that she withdraw defendant's designation of confidentiality with respect to these documents. Defendant's counsel has reviewed each document to determine whether any designation of confidentiality is necessary for filing purposes, or whether the confidentiality designation may be eliminated, as required by the Consent Protective Order [Doc #15]. Defendant's counsel withdrew the designation with respect to some exhibits initially designated as confidential. However, defendant's counsel determined that the designation of the documents specifically referred to in ¶ 3 above, must be maintained as confidential in order to protect confidential proprietary information of defendant, and that no less drastic alternative will protect the documents.

6. Plaintiff takes no position as to defendant's designation.

2

Case 1:13-cv-00147-TDS-LPA   Document 38   Filed 05/12/14   Page 2 of 4

7. Pursuant to LR 5.4(c)(4), since the confidential exhibits were produced by defendant in discovery, defendant will have 14 days to file a brief providing the information included in Local Rule 5.4(b).

WHEREFORE, based on the Consent Protective Order, and for good cause shown, plaintiff requests that she be permitted to file the above documents under seal.

This the 12th day of May, 2014.

        /s/ Robert M. Elliot
        Robert M. Elliot (7709)
        Attorney for Plaintiff
        Elliot Morgan Parsonage, PLLC
        426 Old Salem Road
        Winston-Salem, NC 27101
        Telephone: 336-724-2828
        Facsimile: 336-724-3335
        E-Mail: rmelliot@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendants:

Stephanie E. Lewis
Jackson Lewis LLP
One Liberty Square
55 Beattie Place, Suite 800
Greenville, SC  29601
lewiss@jacksonlewis.com

Paul S. Holscher
Jackson Lewis LLP
1400 Crescent Green, Suite 215
Cary, NC  27518
paul.holscher@jacksonlewis.com

/s/ Robert M. Elliot
Robert M. Elliot (7709)
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC  27101
Telephone:  336-724-2828
Facsimile:   336-724-3335
E-Mail:      rmelliot@emplawfirm.com