IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action: 1:13-cv-147

| | |
|---|---|
| WHITNEY C. STEPHENSON, )<br>)<br>Plaintiff, )<br>)  **PLAINTIFF'S PRE-TRIAL DISCLOSURES**<br>v. )<br>)<br>PFIZER INC. , )<br>)<br>Defendant. ) | |

_____

Pursuant to Rule 26(a)(3), plaintiff hereby makes the following pretrial disclosures:[1]

### I. WITNESSES

Plaintiff is presently aware of the following witnesses whom she may call to testify at trial of this action. In the event plaintiff learns of additional witnesses, plaintiff will supplement these disclosures.

 **A. Plaintiff expects to present the following witnesses at trial of this action:**

  1. Whitney Stephenson
  2. Wesley Stephenson
  3. Tom Rulon

---

[1] As permitted by Rule 26(a)(3), plaintiff may have additional witnesses or exhibits, as needed for impeachment.

    4.     Jerry Lambert
    5.     Dr. Gary Albrecht
    6.     Patrick Clifford
    7.     Dr. Timothy Martin
    8.     Trevall Webb

**B.     Plaintiff may call the following witnesses if the need arises:**

    9.     Dr. Michael Evans

## II. DEPOSITION TRANSCRIPTS

Plaintiff expects to offer some or all of the following deposition transcripts or parts thereof at trial. Plaintiff reserves the right to object to any such testimony to the extent its admission is not supported by the evidence.

    1.     Dr. Timothy Martin
    2.     Jenny Mark
    3.     John Harp
    4.     Thomas Salamone
    5.     Charisse Smith
    6.     Anna DiDio

## III. DOCUMENTS AND EXHIBITS

Plaintiff is presently aware of the following documents and exhibits which she expects to or may present at trial. In the event plaintiff learns of other documents or exhibits, plaintiff will supplement these disclosures. Plaintiff reserves the right to object to any document in the event that the evidence at trial does not support its admission.

1. **Plaintiff expects to offer the following documents and exhibits:**

| PT # | DISCOVERYDOCUMENTS | DEP EXH NO. | DISCOVERY NO. |
|---|---|---|---|
| 1. | Job description | 3 Mark | PL 387-388 |
| 2. | Mark medical notes – 10/24/11-11/1/11 | | DEF 4970-4971 |
| 3. | Email from Rulon with Job description- dated 10/26/11 | 9 Stephenson | PL 373-375 |
| 4. | Email from Rulon with Job description - 10/26/11 | | PL 376-379 |
| 5. | Email string regarding Field Exchange Program – 11/1/11 | | PL 283-284 |
| 6. | Request for reasonable accommodation – 11/22/11 | 10 Stephenson | DEF 655-666 |
| 7. | Return to work status | 11 Stephenson | DEF 642; 768 |
| 8. | Short-Term Disability Claim Form | 6 Mark | DEF 647 |
| 9. | Email string regarding medical accommodation suggestions - 11/9/11 | 13 Stephenson | DEF 683-685 |
| 10. | Email string regarding Whitney Stephenson – 11/16/11 | 7 Mark | DEF 686-687 |
| 11. | Email string regarding medical accommodation – 11/18/11 | 14 Stephenson | DEF 674-675 |
| 12. | Email string from Harp to Stephenson regarding Whitney Stephenson Accommodation Request – 11/28/11 | 15 Stephenson | DEF 679-680 |
| 13. | Email string from Stephenson to Harp regarding Whitney Stephenson Accommodation Request – 11/29/11 | 3 Harp | DEF 739-741 |
| 14. | Email string regarding ADA Accommodation Request – 11/30/11 | 4 Mark | DEF 1481-1486 |
| 15. | Email string regarding Accommodation conference call follow up – 12/9/11 | 4 Harp | DEF 709-711 |
| 16. | Email string from Ormsbee to Smith | 1 | DEF 692-696 |

| PT # | DISCOVERYDOCUMENTS | DEP EXH NO. | DISCOVERY NO. |
|---|---|---|---|
| | regarding Accommodation conference call follow up – 1/3/12 | Smith | |
| 17. | Email string regarding Tele-detailing Opportunity for Pfizer Employee – 1/3/12 | 2 Smith | DEF 1689-1690 |
| 18. | Email string regarding further thoughts on job options – 1/12/12 | 6 Smith | DEF 856-859 |
| 19. | Handwritten notes of Smith – 1/13/12 | 7 Smith | DEF 906 |
| 20. | Email regarding Whitney follow up – 1/24/12 | 8 Smith | DEF 1726 |
| 21. | Email regarding possible positions – 1/24/12 | 19 Stephenson | PL 227 |
| 22. | Smith notes regarding tele-detailing - 1/27/12 and 1/30/12 | | DEF 4839-4840 |
| 23. | Email regarding Business plans as suggested; follow up call requested - 2/2/12 | 7 Salamone | DEF 712-713 |
| 24. | Email regarding Business plans as suggested; follow up call requested (with plans attached) – 2/2/12 | 20 Stephenson | PL 234; 457-466 |
| 25. | Email regarding review of accommodations – 2/8/12 | 10 Smith | DEF 728-729 |
| 26. | Chart of figures for expenses | | DEF 5317-5318 |
| 27. | Defendant's Amended and Supplemental Responses to Plaintiff's Interrogatories and Requests for Production of Documents – 4/25/14 | | |
| 28. | Evaluations and any other documents from plaintiff's personnel or payroll files | | |
| 29. | Charts of Evidence and Damages | | |
| 30. | Blowups of documents | | |

2. **Plaintiff may offer the following documents and exhibits:**

| PT # | DISCOVERYDOCUMENTS | DEP EXH NO. | DISCOVERY NO. |
|---|---|---|---|
| 31. | Pfizer job descriptions for sales representatives | | |
| 32. | Email between Jerry Lambert and Wesley Stephenson | 3 Wes Stephenson | |
| 33. | Email from Cochran – 10/29/11 | | PL 467-470 |
| 34. | Email from Cochran – 11/17/11 | | PL 480-481 |
| 35. | Email regarding Pfizer area sales mgr – 12/1/11 | | PL 380-382 |
| 36. | Handwritten notes of Smith – 1/9/12 | 4 Smith | DEF 848 |
| 37. | Email string regarding OPEN DOOR Policy – 2/27/12 | 3 DiDio | DEF 913-916 |
| 38. | Interview notes – 3/2/13 and 3/8/12 | 5 DiDio | DEF 843-845 |
| 39. | DiDio letter to Stephenson – 3/19/12 | 11 DiDio | DEF 923-924 |
| 40. | Pfizer job posting for Inside Sales Representative | | PL 389-390 |
| 41. | Letter regarding Business Auto Insurance Policy; Declaration Page and Certificate of Insurance | | DEF 3440-3442; 3451-3455; 3480-3486; 4715-4724 |
| 42. | Master Services Agreement regarding Priority Air Express, LLC – 10/23/12 | | DEF 4725-4726; 4735-4737 |
| 43. | Services Agreement with Automotive Services Systems, Inc. – 9/1/11 | | DEF 4848; 4856-4858 |
| 44. | Services Agreement with BostonCoach – 11/1/08 | | DEF 4900; 4903-4907 |
| 45. | Chart of disabled employees seeking accommodations | | DEF 5315 |
| 46. | Pfizer Annual Reports | | |
| 47. | Pfizer sales reports and documents | | |

| PT # | DISCOVERYDOCUMENTS | DEP EXH NO. | DISCOVERY NO. |
|---|---|---|---|
| | reflecting sales of plaintiff and other sales representatives | | |
| 48. | Pfizer financial reports reflecting expenditures of Pfizer in connection with its marketing and sales of its products | | |
| 49. | Plaintiff's LTD claims file | | |
| 50. | Plaintiff's Social Security claims file | | |
| 51. | Plaintiff's medical records | | |
| 52. | EEOC Guidance | | |
| 53. | Office of Federal Contract Compliance Programs (OFCCP) – Final Rule | | |
| 54. | NC Department of Health and Human Services, NC Division of Services for the Blind, Administrative Policies and Procedures, § D | | |
| 55. | All insurance policies produced by defendant | | |
| 56. | All agreements regarding transportation produced by defendant | | |
| 57. | All benefits plans | | |
| 58. | All personnel policies | | |
| 59. | All documents produced by plaintiff through disclosures or discovery | | |
| 60. | Defendant's discovery responses | | |
| 61. | All documents produced by defendant through disclosures or discovery | | |
| 62. | All deposition exhibits presented in this action | | |
| 63. | All documents listed by defendant | | |
| 64. | Expert Albrecht's Report | | |
| 65. | Expert Clifford's Report | | |
| 66. | Documents concerning compensation of comparitors | | |
| 67. | Documents concerning other charges | | |

6

| PT # | DISCOVERYDOCUMENTS | DEP EXH NO. | DISCOVERY NO. |
|---|---|---|---|
| | and legal actions | | |
| 68. | Documents concerning other accommodations granted by defendant | | |
| 69. | Documents concerning defendant's budget | | |
| 70. | Communications of support received by plaintiff | | |
| 71. | Plaintiff's awards and commendations | | |
| 72. | Pfizer job descriptions | | |
| 73. | Alternative job proposals by plaintiff | | |
| 74. | Documents regarding plaintiff's income | | |
| 75. | EEOC letter regarding driving as an essential function | | |

This the 13th day of June, 2016.

/s/Robert M. Elliot
Robert M. Elliot
NC Bar No: 7709
Daniel C. Lyon
NC Bar No: 43828
Attorneys for Plaintiff
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724-2828
rmelliot@emplawfirm.com
dlyon@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendant:

**Addressee:**

Stephanie E. Lewis
Jackson Lewis LLP
15 South Main Street
Suite 700
Greenville, SC 29601
lewiss@jacksonlewis.com

/s/Robert M. Elliot
Robert M. Elliot
NC Bar No: 7709
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724-2828
rmelliot@emplawfirm.com

8

Case 1:13-cv-00147-TDS-LPA   Document 65   Filed 06/13/16   Page 8 of 8